UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GILBERT LAW,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLA CORTES, et al.,<br><br>    Defendants. | Case No. 24-cv-07816-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Rita F. Lin for consideration of whether the case is related to *Carlos Gilbert Law v. Neil Chu et al.*, Case No. 3:24-cv-02870-RFL.

**IT IS SO ORDERED.**

Dated: November 19, 2024



WILLIAM H. ORRICK
United States District Judge