UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GILBERT LAW,<br><br>        Plaintiff,<br><br>     v.<br><br>NEIL CHU, et al.,<br><br>        Defendants. | Case No.  24-cv-02870-RFL<br><br>**ORDER GRANTING MOTION FOR TERMINATING SANCTIONS AND DISMISSING CASE**<br><br>Re: Dkt. No. 44 |

In a previous order, the Court granted Defendants' request to compel Plaintiff to participate in discovery and denied Defendants' request for terminating sanctions without prejudice to being renewed if "Plaintiff fails once more to provide the discovery required by law." (Dkt. No. 43 at 2.)[1]  The Court warned Plaintiff that "[i]f that occurs, Defendants may refile their motion and the case shall be dismissed without further notice."  (*Id*.)  Defendants again move for terminating sanctions, alleging that Plaintiff failed to provide two documents referred to in his complaint: a temporary restraining order and a police report he allegedly filed against Defendants. (Dkt. No. 44 at 2.)

Defendants' motion is **GRANTED**.  The two documents are responsive to a number of requests for production that Defendants have already made in this case, both before and after the Court's prior order.  (*Id*. at 2–4.)  Plaintiff argues that he does not have the documents in his possession due to the fact that he allegedly filed both on the same day he filed the complaint in this case.  (Dkt. No. 45 at 1–2.)  However, Plaintiff does not contest that he "has a legal right to

---

[1] All references to page numbers for documents on the docket refer to ECF pagination.

obtain the document[s]" and that he therefore may be ordered to produce them.  *Soto v. City of Concord*, 162 F.R.D. 603, 619 (N.D. Cal. 1995) (observing that "actual possession" is not required).  Furthermore, the documents were not attached to the complaint and do not appear to have been otherwise filed with the Court.  (*See* Dkt. No. 45 at 1–2.)  Plaintiff has therefore repeatedly failed to provide discovery required by law, in violation of the Court's prior order.  Accordingly, the renewed motion for terminating sanctions is granted and the case is **DISMISSED** with prejudice.

 **IT IS SO ORDERED.**

Dated: March 24, 2026

RITA F. LIN
United States District Judge